UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                Chapter 11

733 PROSPECT REALTY SERVICE                           Case No.: 17-10957 (MKV)
CORP.,

                Debtor.

---

**ORDER GRANTING THE TAX LIEN TRUST RELIEF FROM THE AUTOMATIC
STAY PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE**

      Upon (i) the Noice of Settlement of Proposed Order [ECF No. 31] and the Certificate of Non-Compliance with Conditional Order filed by NYCTL 1998-2/MTAG (the "**Trust**") attached thereto; (ii) the Stipulation and Agreed Order Conditionally Granting Motion of the Tax Lien Trust for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code entered on September 29, 2017 [ECF No. 25] ("**Conditional Order**"); and (iii) the failure of the Debtor to comply with the terms of the Conditional Order, including, without limitation, the failure to make specified payments thereunder, it is hereby

      ORDERED, that pursuant to the terms of the Conditional Order, the automatic stay relating to this bankruptcy case with respect to the Trust and the real property of 733 Prospect Realty Service Corp. (the "**Debtor**") located at 733 Prospect Avenue, Bronx, New York 10455, BBL 2-02675-0051 (the "**Property**") is terminated; and it is further

      ORDERED, that promptly after a disposition of the Property, the state court appointed referee shall provide written notice to the Debtor or any trustee appointed in this case setting forth whether any surplus monies have been realized from any disposition of the Property; and it is further

ORDERED, that Bankruptcy Rule 4001(a)(3), which provides for a stay of an order granting a motion for relief from the automatic stay for 14 days, to the extent applicable, is hereby waived.

Dated: New York, New York
       November 14, 2017

                                              *s/ Mary Kay Vyskocil*
                                      HONORABLE MARY KAY VYSKOCIL
                                      UNITED STATES BANKRUPTCY JUDGE