# CONTRACT

BETWEEN 733 Prospect Realty Service Corp. (hereinafter "Seller") AND Benny Diasparra doing business as Exit Realty Search (hereinafter "Broker"):

Subject to such approval as is necessary by the U.S. Bankruptcy Court, S.D.N.Y., in Seller's Chapter 11 Case No. 17-10957 (MKV), Seller and Broker agree that Broker is the sole broker in connection with the contract of sale of Seller's premises known as 733 Prospect Avenue, Bronx, NY 10455 to Uri Mermelstein ("Purchaser"), and that Broker shall be paid a broker's fee of 6% ($144,000) by Seller at title closing from the proceeds of said sale.

Dated: February 24, 2018

**733 PROSPECT REALTY SERVICE CORP.**

By: _/s/ Maria Lopez Perez_
Maria Lopez Pérez, President

**EXIT REALTY SEARCH**

By: _/s/ Benny Diasparra_
BENNY DIASPARRA as owner
3928 East Tremont Avenue
Bronx, NY 10465
(347) 202-4965