UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                            Chapter 11

733 PROSPECT REALTY SERVICE CORP.,                                Case No. 17-10957 (MKV)
                              Debtor.
                                                                  **AFFIRMATION OF SERVICE**
_____

      ALBERT H. BARKEY, the undersigned attorney duly admitted to practice before this Court, hereby affirms, certifies, and declares under the penalties of perjury in accordance with to 28 U.S.C. § 1746 that:

    1. I am not a party in the above-captioned case.

    2. I am over the age of 18 (eighteen); I reside in Richmond County, New York; I maintain my law office at 277 Broadway, Suite 408, New York, NY 10007.

    3. On May 14th 2018, I served by mail true copies of the annexed "**DEBTOR'S PLAN OF REORGANIZATION**": I enclosed each said copy in a sealed postage-prepaid envelope and deposited it in an official depository under the exclusive care and custody of the United States Postal Service within New York State; the envelopes were addressed to the following entities respectively at their last known addresses as listed below:

| | |
|---|---|
| Phillips Lytle LLP<br>Attn: Nickolas Karavolas, Esq.<br>340 Madison Avenue, 17th Floor<br>New York, NY 10173-1922 | Express Mail EE147262537US |
| NYC Law Department<br>Attn: Gabriela P. Cacuci, Esq.<br>Tax & Bankruptcy Division<br>100 Church Street, Room 5-223<br>New York, NY 10007 | Express Mail EE147262523US |
| Consolidated Edison Company of New York<br>Bankruptcy Group<br>4 Irving Place, Room 1875-S<br>New York, NY 10003 | Express Mail EE147262571US |
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Express Mail EE147262568US |

| | |
|---|---|
| NYS Department of Labor<br>Unemployment Insurance Division<br>State Office Campus<br>Building No. 12, Room #256<br>Albany, NY 12240 | Express Mail EE147262585US |
| NYS Department of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 | Express Mail EE147262625US |
| Norma E. Ortiz, Esq.<br>Ortiz & Ortiz, LLP<br>32-72 Steinway Street, Suite 402<br>Astoria, NY 11103 | Express Mail EE147262545US |
| Affar Baksh, Esq.<br>Attn: Anupa Lall<br>146-06 Hillside Avenue<br>Jamaica, NY 11435 | Express Mail EE147262554US |
| Orlando Molina, Esq.<br>Molin Law, P.C.<br>3928 East Tremont Avenue, FL 2<br>Bronx, NY 10465 | Express Mail EL851128436US |
| Office of the U.S. Trustee, SDNY<br>Attn: Andrea B. Schwartz, Esq.<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Express Mail EE147262510US |

Dated:   New York, New York
         May 14, 2018

*/s/ Albert H. Barkey*
Albert H. Barkey
Attorney for Debtor
277 Broadway, Suite 408
New York, NY 10007
(646) 410-1818